FILED
August 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Julie Golden\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EIREOG INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC. AND DELL INC., <br><br> Defendants. | Case No. 1:24-cv-00416-DII <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO ADOPT AND ENTER STIPULATION AND DISMISSING ASSERTED PATENT

Before the Court is Plaintiff Eireog Innovations Ltd.'s ("Eireog") and Defendants Dell Technologies Inc. and Dell Inc.'s ("Dell") (collectively, the "Parties") Joint Motion to enter and adopt the Joint Stipulation regarding dismissal of certain claims and to dismiss certain claims from this action.

Having duly considered the Parties' submission, the Court GRANTS the Motion. The Court enters and takes judicial notice of the Stipulation attached to the Joint Motion as Exhibit A.

IT IS ORDERED that Eireog's "Count V – Infringement of U.S. Patent No. 9,335,805" is dismissed with prejudice.

IT IS FURTHER ORDERED that Dell's "Count X – Declaratory Judgment of Invalidity of U.S. Patent No. 9,335,805" is dismissed.

No other claims relating to the other asserted patents are affected by this Order.

SIGNED this 16th day of August, 2024.

                                                        U.S. DISTRICT COURT JUDGE